## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | |
|---|---|
| **CAITLIN CUNNINGHAM** | * |
| | * |
| **Plaintiff** | |
| | * |
| v. | Civil Action No.: 8:19-cv-01726-GJH |
| | * |
| **MUSE PAINTBAR, LLC,** | |
| | * |
| **Defendant** | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Caitlin Cunningham and Defendant Muse Paintbar, LLC, comprising all parties to this action, hereby stipulate to the dismissal of this action, with prejudice, with each party to pay its own costs and fees. The parties also withdraw and terminate all pending motions submitted in this action.

Dated: January 31, 2020                               Respectfully Submitted,

*/s/ Mary Caroline Vargas*                            */s/ Robert L. Duston*
Mary Caroline Vargas  (Fed. Bar # 14135)              Robert L. Duston (Fed. Bar # 12795)
Stein & Vargas, LLP                                   Saul Ewing Arnstein and Lehr, LLP
10 G Street, Suite 600                                1919 Pennsylvania Avenue, N.W. Suite 550
Washington, DC 20002                                  Washington, DC 20006
240-793-3185 - Telephone                              202-342-3415 - Telephone
mary.vargas@steinvargas.com                           rob.duston@saul.com

Anna P. Bitencourt Emilio (Fed. Bar #  06414)         Michael P. Cianfichi (Fed. Bar # 19899)
National Association of the Deaf                      Saul Ewing Arnstein and Lehr, LLP
8630 Fenton Street, Suite 820                         500 East Pratt Street, 8th Floor
Silver Spring, MD 20910                               Baltimore, MD  21202
240-650-2832 - Telephone                              410-332-8709 - Telephone
anna.bitencourt@gmail.com                             michael.cianfichi@saul.com

*Counsel for Plaintiff*                               *Counsel for Muse Paintbar, LLC*